FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00217-CV

## Trial Court No. 2013-0254-P-1

**Barbara Gail Harris**

**Vs.**

**Hayden R. Mayfield, Independent Executor of the Estate of Hayden R. Mayfield, deceased, and Trustee Under the Will of Hayden R. Mayfield**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Franklyn L Supercinski |
| Motion fee | $15.00 | Frank Supercinski |
| Motion fee | $10.00 | Franklyn L Supercinski |
| Clerk's record | $163.00 | Barbara Harris |
| Supreme Court chapter 51 fee | $50.00 | Frank L. Supercinski |
| Required Texas.gov efiling fee | $20.00 | Frank L. Supercinski |
| Indigent | $25.00 | Frank L. Supercinski |
| Filing | $100.00 | Frank L. Supercinski |
| **TOTAL:** | $39300 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 6th day of July 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk